United States District Court
Southern District of New York

_____

Alexander Kuvshinov )
)
)
Plaintiff, )
)
- against - )   Index No.:07 cv 11052 (RJH) (JCF)
)
Tribeca Grand Hotel, Inc. )
)
Defendant. )
_____)

### Return of Service

I, David Abrams, served the summons and complaint in this matter upon Tribeca Grand Hotel, Inc. as follows: by delivering the same to Djiby Bah (black male, 5'10", 150 lbs, black hair black eyes), who stated that he was authorized to accept the same, at Tribeca Grand Hotel, 2 Avenue of the Americas, New York, NY 10013, on December 17, 2007 at 11:55 AM. I declare under penalty of perjury that the foregoing information is true and correct.

Respectfully submitted,

David Abrams
305 Broadway, 5th Floor
New York, NY 10007

Dated: December 17, 2007
New York, New York