

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALEXANDER KUVSHINOV,

                Plaintiff,

-against-

TRIBECA GRAND HOTEL, INC.,

                Defendant.

---

Civil Action No.: 07-CV-11052 (RJH)

STIPULATION AND ORDER
EXTENDING TIME

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant Tribeca Grand Hotel, Inc. (hereinafter "Defendant") through their undersigned counsel, that the deadline for Defendant to answer, move or otherwise respond to the Complaint shall be extended to and including January 25, 2008.

Respectfully submitted,

LEVY DAVIS & MAHER, LLP
880 Third Avenue
New York, New York 10022
(212) 371-0033

Dated: December __, 2007
New York, New York

By: _____
Jonathan Bernstein

ATTORNEYS FOR PLAINTIFF

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/28/07

Dated: December 21, 2007
New York, New York

By: /s/ Lori Bauer
JACKSON LEWIS LLP
59 Maiden Lane
New York, New York 10038-4502
(212) 545-4022

Lori D. Bauer

ATTORNEYS FOR DEFENDANT
TRIBECA GRAND HOTEL, INC.

It is SO ORDERED this 28 day of
Dec., 2007

_____
U.S.M.J