UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDER KUVSHINOV,

                Plaintiff,

-against-

TRIBECA GRAND HOTEL, INC.,

                Defendant.

Case No. 07 civ. 11052 (RJH)(JCF)

**CORPORATE DISCLOSURE STATEMENT**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, to enable the Judges and Magistrates of this Court to evaluate possible disqualification or recusal, the undersigned counsel have been advised by Tribeca Grand Hotel, Inc. that Defendant's parent company is Hartz Mountain Development Corp., which is privately held.

                                        Respectfully Submitted

Dated: January 25, 2008
       New York, New York           By:   /s/ Lori Bauer
                                                Lori D. Bauer (LB 8098)
                                                Liane Chinwalla (LC 5708)

                                                JACKSON LEWIS LLP
                                                59 Maiden Lane
                                                New York, New York 10038
                                                Telephone:   (212) 545-4000
                                                Facsimile:    (212) 972-3213