**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

KUVSHINOV,

Plaintiff,

-against-

TRIBECA GRAND HOTEL, INC.,

Defendant.

-------------------------------------------------------------x

07 __ CIVIL 11052 ___ (RJH )

# NOTICE  OF  CHANGE  OF  ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:  Jonathan Adam Bernstein

☒    *Attorney*

☒    I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
     JB 4053

☐    I am a Pro Hac Vice attorney

☐    I am a Government Agency attorney

☐    *Law Firm/Government Agency Association*

From: _____

To:   _____

☐    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐    I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____
     _____.

☒    *Address:*    29 Broadway, 9th Floor, New York, NY 10006

☐    *Telephone Number:* _____

☐    *Fax Number:* _____

☐    *E-Mail Address:* _____

Dated:  July 7, 2008