```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

ALEXANDER KUVSHINOV,                :       07 Civ. 11052 (RJH)

                Plaintiffs,      :

    -against-                        :       **<u>ORDER</u>**

**TRIBECA GRAND HOTEL, et al,**     :

                Defendant.       :

------------------------------------------------------------x

       The pretrial conference presently scheduled for August 01, 2008 is adjourned to September 05, 2008, at 10:30 a.m., in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
July 08, 2008
SO ORDERED:

                                       _____
                                       Richard J. Holwell
                                       United States District Judge