USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

**ALEXANDER KUVSHINOV,**           :     07 Civ. 11052 (RJH)

               Plaintiffs,     :

   -against-                                :     **ORDER**

**TRIBECA GRAND HOTEL, et al,**    :

               Defendant.     :

------------------------------------------------------------x

      The pretrial conference scheduled for September 05, 2008 is rescheduled to October 02, 2008, at 10:30 a.m., in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
August 22, 2008
SO ORDERED

                                              _____
                                              Richard J. Holwell
                                              United States District Judge